Maurice Finley

# AFFIDAVIT OF SOVEREIGNTY

## AND

## TREATY OF PEACE TO THE WORLD

Respondents: Barack Obama, d.b.a. President of the United States; Timothy Geithner, d.b.a. Secretary of the Treasury of the United States; d.b.a. Governor of the International Monetary Fund; d.b.a. Governor of the Federal Reserve Bank; Ban Ki Moon, d.b.a. Secretary General of the United Nations; Hillary Clinton, d.b.a. Secretary of State of the United States; Debra Bowen, d.b.a. Secretary of State of California; Arnold Schwarzenegger, d.b.a. Governor of the State of California; Eric Holder, d.b.a. United States Attorney General; Janet Napolitano, d.b.a. Director of Homeland Security of the United States; Ray LaHood, d.b.a. Secretary of the Department of Transportation; Edmund G. Brown, d.b.a. Attorney General of the State of California; Douglas Shulman, d.b.a. Commissioner of Internal Revenue Service; Jeffrey S. White, d.b.a. District Court Judge; Scott N. Schools, d.b.a. United States Attorney; Blake D. Stamm, d.b.a. Assistant United States Attorney, and all sucessor Office Holders (and Agents thereof).

### NOTICE OF DISHONOR AND ENTRY OF ASSENT TO CONTRACT

### Contract Number: 103171-MF

### NOTICE TO PRINCIPAL IS NOTICE TO AGENTS

### NOTICE TO AGENTS IS NOTICE TO PRINCIPAL

State of California

ss

County of Santa Barbara

Notice is hereby given, that the above named respondents are in **DISHONOR** upon the contract, entitled: **AFFIDAVIT OF SOVEREIGNTY AND TREATY OF PEACE TO THE WORLD**; Treaty Number: **103171-MF**, Dated: 4 April Anno Domini 2009, and therefore an Assent to Contract have been entered upon them.

By the terms and conditions of the agreement contained in the Creditor's Affidavit, Respondents were under obligation to timely, twenty one (21) days, and Good Faith protest and provide proper presentment (by commercial affidavit) with proof of claim or interest. Respondents failure to timely respond is a **DISHONOR** and places Respondents in agreement with the terms and conditions of the contract.

By your **DISHONOR**, you (Respondents) are deemed to be under the New Terms and Conditions of our original contract and have therefore waived all your rights to your original presentment and terms. Any attempt to collect on your original presentment places you personally at risk for any damages incurred per this contract and may subject you to criminal sanctions and involuntary bankruptcy.

You are given ten (10) additional days to respond to the contract before **PERFECTION OF THE CONTRACT** is made by sending an Original Affidavit to the Document Custodian, Maurice Finley, c/o 3600 Guard Road, Lompoc, California Republic. Failure to respond forfeits any/all claim/right in accordance with the Doctrines of Laches, Estoppel and Waiver.

In accordance with the Holy Scriptures, II Corinthians, Chapter 13, verse 1:
" In the mouth of two or three witnesses shall every word be established ".

@    3600 Guard Road           via; Witness: "Without Prejudice"
Lompoc, California Republic                 Carlos Brewster        21 October A.D. 2009
                                            Date
                                            Sovereign-Secured Party Creditor

@    3600 Guard Road           via; Witness: "Without Prejudice"
Lompoc, California Republic                 Alvon Callier, II.     10/21/2009 A.D.
                                            Date
                                            Sovereign-Secured Party Creditor

@    3600 Guard Road           via; Witness: "Without Prejudice"
Lompoc, California Republic                 Andre' Hendricks       21 October A.D. 2009
                                            Date
                                            Sovereign-Secured Party Creditor

**DENIED**
Jeffrey S. White
United States District Judge
**OCT 2 7 2009**

Date

Sincerely,
Maurice Finley
Sovereign-Secured Party Creditor

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

MAURICE FINLEY et al,

        Defendant.
_____/

Case Number: CV09-00986 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maurice Finley
90516-111
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

Dated: October 27, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk